# Fifth District Court of Appeal
## State of Florida

———————————————————

Case No. 5D2025-1341
LT Case Nos. 2020-CF-001767-A
2020-CF-004381-A
2020-CF-005385-A
2020-CF-005387-A

———————————————————

Lorman Anthony Royal,

   Appellant,

   v.

State Of Florida,

   Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Ryan Edward McFarland, of Kent & McFarland Attorneys At
Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

June 9, 2026


Per Curiam.

   Affirmed.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————